IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF A MEMBER | § | |
| OF THE BAR OF THE SUPREME | § | No. 363, 2017 |
| COURT OF THE STATE OF | § | |
| DELAWARE: | § | |
| | § | Board Case No. 112506-B |
| WILLIAM J.P. MULGREW, III, | § | |
| Petitioner. | § | |

Submitted: September 7, 2017
Decided: September 8, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **O R D E R**

This 8th day of September 2017, upon receipt of sufficient evidence demonstrating that William J.P. Mulgrew, III ("the Petitioner") is suffering from physical or mental health problems that adversely affect his ability to practice law, and without opposition from the Office of Disciplinary Counsel ("the ODC"),

IT IS HEREBY ORDERED that:

(1)   The Petitioner, for good cause shown, is hereby immediately transferred to disability inactive status under Rule 19 of the Delaware Lawyers' Rules of Disciplinary Procedure ("DLRPC") until such time that he can demonstrate by clear and convincing evidence that any disabilities have been removed.

(2)   The Petitioner shall not practice law in this State or in any other jurisdiction.

(3)     The Petitioner has no current clients and does not maintain any trust or operating accounts.  Thus, there is no need for a receiver.

(4)     The pending disciplinary proceeding against the Petitioner is stayed pending further order of this Court.

(5)     This Order shall be made public.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice